No. 78–1088.   KISSINGER *v.* REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL., 445 U. S. 136. Motion of Reporters Committee for Freedom of the Press for clarification of the judgment denied.   JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 80–396.   CITY OF NEWPORT ET AL. *v.* FACT CONCERTS, INC., ET AL.   C. A. 1st Cir.   [Certiorari granted, 449 U. S. 1060.]   Motion of National Institute of Municipal Law Officers for leave to file an untimely brief as *amicus curiae* denied.   Motion of Washington et al. for leave to file a brief as *amici curiae* out of time granted.

No. 80–802.   NATIONAL GERIMEDICAL HOSPITAL AND GERONTOLOGY CENTER *v.* BLUE CROSS OF KANSAS CITY ET AL. C. A. 8th Cir.   [Certiorari granted, 449 U. S. 1123.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose.   Respondents also allotted an additional 15 minutes for oral argument.

No. 80–824.   POLK COUNTY ET AL. *v.* DODSON.   C. A. 8th Cir.   [Certiorari granted, *ante,* p. 963.]   Motion for appointment of counsel granted, and it is ordered that John D. Hudson, Esquire, of Des Moines, Iowa, be appointed to serve as counsel for respondent in this case.

No. 80–1012.   RICE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA *v.* NORMAN WILLIAMS CO. ET AL.   Ct. App. Cal.; 3d App. Dist.;
No. 80–1030.   BOHEMIAN DISTRIBUTING CO. *v.* NORMAN WILLIAMS CO. ET AL.   Ct. App. Cal., 3d App. Dist.; and
No. 80–1052.   WINE & SPIRITS WHOLESALERS OF CALIFORNIA *v.* NORMAN WILLIAMS CO. ET AL.   Ct. App. Cal., 3d App. Dist.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.